**E-FILED**
Thursday, 20 January, 2005  04:47:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

IN RE: ASBESTOS LITIGATION   )   No.:  MDL 875

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

**FILED**

IN RE: ASBESTOS LITIGATION )
INVOLVING METROPOLITAN )
LIFE INSURANCE COMPANY )

JAN 1 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THIS APPLIES TO ALL CASES   )   Nos.:  See Exhibit A

## MOTION FOR LEAVE TO SUBSTITUTE ATTORNEYS

Defendant, Metropolitan Life Insurance Company, and its undersigned attorneys, move this

Court for leave to substitute the appearance of WILDMAN, HARROLD, ALLEN & DIXON LLP

as counsel of record in the above identified actions, pursuant to the attached Substitution of

Attorneys.

January  _10_ , 2005

Douglas L. Prochnow
Jennifer Johnston
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois  60606-1229
(312) 201-2000
ATTORNEYS FOR DEFENDANT
METROPOLITAN LIFE
INSURANCE COMPANY

1484931

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

IN RE: ASBESTOS LITIGATION ) No.: MDL 875
)
)

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

IN RE: ASBESTOS LITIGATION )
INVOLVING METROPOLITAN )
LIFE INSURANCE COMPANY )
)
)
)
)
)
THIS APPLIES TO ALL CASES ) Nos.: See Exhibit A
)
)
)
)
)

## SUBSTITUTION OF ATTORNEYS

We, the undersigned, hereby enter our appearance as attorneys for defendant,

Metropolitan Life Insurance Company, in all of the matters identified above.

Dated:

Douglas L. Prochnow
Jennifer Johnston
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606-1229
(312) 201-2000

ATTORNEYS FOR DEFENDANT
METROPOLITAN LIFE
INSURANCE COMPANY

1484931

We, the undersigned, hereby withdraw our appearance as attorneys for defendant, Metropolitan Life Insurance Company, in all of the matters identified above.

Dated:

Alan I. Becker (00147524)
Thomas M. Crawford (6210832)
Matthew D. Walker (6244070)
LITCHFIELD CAVO
303 West Madison, Suite 200
Chicago, Illinois 60606-3309
(312) 781-6679

**EXHIBIT A**
**Cases Naming Metropolitan Life Insurance Company --**
**Filed in U.S. Dist. Ct., C.D. Ill., and Transferred to U.S. Dist. Ct., E.D. Pa., MDL 875**

| | | |
|---|---|---|
| 99-4077 | 96-1148 | 00-1458 |
| 99-3227 | 96-1146 | 00-1457 |
| 99-3158 | 96-1141 | 00-1407 |
| 99-3152 | 96-1135 | 00-1389 |
| 99-2213 | 02-4058 | 00-1235 |
| 99-2209 | 02-4055 | 00-1234 |
| 99-2208 | 02-2084 | 00-1215 |
| 99-2207 | 02-2064 | 00-1214 |
| 99-2206 | 01-4008 | 00-1213 |
| 99-2184 | 01-3107 | 00-1191 |
| 99-2178 | 01-3031 | 00-1132 |
| 99-2151 | 01-2069 | 00-1030 |
| 99-2141 | 01-2014 | 00-1012 |
| 99-1299 | 01-1170 | 00-1010 |
| 99-1295 | 01-1049 | 00-1009 |
| 99-1294 | 01-1048 | 00-1008 |
| 99-1293 | 00-4001 | 00-1007 |
| 99-1292 | 00-3333 | 00-1006 |
| 99-1290 | 00-3332 | 00-1004 |
| 99-1289 | 00-3296 | 00-1003 |
| 99-1288 | 00-3110 | 00-1002 |
| 98-4087 | 00-3005 | 00-1001 |
| 98-4063 | 00-2344 | |
| 98-4060 | 00-2343 | |
| 98-3132 | 00-2342 | |
| 98-2244 | 00-2161 | |
| 98-2176 | 00-2126 | |
| 98-2092 | 00-2125 | |
| 98-1186 | 00-2088 | |
| 98-1183 | 00-2049 | |
| 98-1113 | 00-2015 | |
| 97-4043 | 00-2014 | |
| 97-2131 | 00-2012 | |
| 97-2015 | 00-2011 | |
| 96-4030 | 00-2009 | |
| 96-2168 | 00-2008 | |
| 96-2075 | 00-2007 | |
| 96-2064 | 00-2006 | |
| 96-2009 | 00-2005 | |
| 96-1155 | 00-2003 | |
| 96-1152 | 00-2001 | |

1484931

## CERTIFICATE OF SERVICE

This is to certify that this ___10ᵗʰ___ day of January, 2005, I caused copies of Metropolitan Life's Motion to Substitute and accompanying documents to be served via first-class U.S. Mail, postage prepaid, on the parties identified in the accompanying Exhibit 1.

Danielle McAntnell

**MDL 875 - PANEL SERVICE LIST**

Harold Abrahamson
Abrahamson, Reed & Adley
200 Russell Street
Hammond, IN 46320

Denise Abrams
Kazan, McClain, dises, Simon & Abrams
171 12th Street
3rd Floor
Oakland, CA 94607

Joseph R. Alberts
Wooden & McLaughlin
1600 Capital Center South
201 N. Illinois
Indianapolis, IN 46204

Sherman Ames, III
Motley Rice, LLC
28 Bridgeside Boulevard
P. O. Box 1792
Mt. Pleasant, SC 29464

Pete Andarsio
Dunn, Kacal, Adams, Pappas & Law
2600 America Tower
2929 Allen Parkway
Houston, TX 77019

Cynthia W. Antonucci
Harris Beach, LLP
805 3rd Avenue
20th Floor
New York, NY 10022

Robin L. Babbitt
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Thomas A. Baiz, Jr.
Baiz Law Office
P. O. Box 1828
Great Falls, MT 59403

Lee F. Baker
Kahn Dees Donovan & Kahn LLP
501 Main Financial Plaza
Suite 305
Evansville, IN 47712

Michael K. Beard
Rives & Peterson
1700 Financial Center
Birmingham, AL 35203

Michael A. Bergin
Locke Reynolds LLP
201 North Illinois Street
Suite 1000, P.O. Box 44961
Indianapolis, IN 46244-0961

Matthew P. Bergman
Law office of James D. Burns
2200 Fourth Avenue
Seattle, WA 98121

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Boulevard
P. O. Box 1792
Mt. Pleasant, SC 29465

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

Reginald B. Bishop
Roberts & Bishop
The Roberts-Bishop Building
118 North Delaware Street
Indianapolis, IN 46204

Winfrey P. Blackburn, Jr.
Stites & Harbison
400 West Market Street
1800 Providian Center
Louisville, KY 40202

Mark-Robert Bluemel
3232 Fourth Avenue
San Diego, CA 92103

Robert B. Boemer
Locke Lidell & Sapp, LLP
3500 Texas Commerce Tower
600 Travis
Houston, TX 77002

Eric A. Bogdan
Bogdan Law Firm
8866 Gulf Freeway
Suite 315
Houston, TX 77017

Stefan G. Bourn
Forman, Perry, Watkins, Krutz & Tardy, LLC
P. O. Box 227608
Jackson, MS 39225-2608

Robert Vic Bowers, Jr.
Bennett, Bowman, Triplett & Vitritow
209 West Second Street
P. O. Box 765
Owensboro, KY 42302

James M. Boyers
Wooden & McLaughlin
201 N. Illinois Street
Indianapolis, IN 46204

Judy D. Bradshaw
Kaeske-Reeves, L.L.P.
6301 Gaston Avenue
Suite 735
Dallas, TX 75214

Craig E. Brasfield
Forman, Perry, Watkins, Krutz & Tardy, LLC
P. O. Box 22608
Jackson, MS 39225-2608

Charles R. Brewer
P. O. Box 8938
Asheville, NC 28814

Graydon R. Brewer
Greenfield & Associates
1035 Fifth Avenue
Pittsburgh, PA 15219

Smith R. Brittingham
Ross, Brittain & Schonbeg Co., L.P.A.
6000 Freedom Square
Suite 540
Cleveland, OH 44131

Richard A. Brody
Wartnick, Chaber, Harowitz, Smith & Tigerman
101 California Street
Suite 2600
San Francisco, CA 94111

Whitney C. Buchanan
Whitney Buchanan, P.C.
3200 Monte Vista Boulevard, N.E.
Albuquerque, NM 87106

Russell W. Budd
Baron & Budd
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219

Frank O. Burge, Jr.
Burge & Burge
2300 South Trust Tower
420 20th Street, North
Birmingham, AL 35203

Jodie A. Bushman
Pozzi, Wilson, Atchison
1400 Standard Plaza
1100 S.W. Sixth Avenue
Portland, OR 97204

Kathy Byrne
Cooney & Conway
120 North Lasalle Street
30th Floor
Chicago, IL 60602

Bryan H. Callaway
Bryan H. Callaway, Attorney
P. O. Box 21
Natchez, MS 39121

Jill N. Calvert
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Stuart Calwell
Law Offices of Stuart Calwell, PLLC
P. O. Box 113
Charleston, WV 25321

Caitlin J. Cameron
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Dennis F. Cantrell
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-2982

Anthony J. Caruso
Picillo, Bromberg & Caruso
300 Executive Drive
Suite 200
West Orange, NJ 07052

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Samuel G. Casolari
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
1228 Euclid Avenue
Cleveland, OH 44115

John E. Castor
Castor, Klukas, Scherer & Longren, Chtd.
527 Marquette Avenue South
1800 Rand Tower
Minneapolis, MN 55402

David E. Cherry
Campbell, Cherry, Harrison, Davis & Dove
P. O. Drawer 21387
Waco, TX 76702-1387

Thomas W. Christian
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203

Bruce P. Clark
Bruce P. Clark & Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321-1581

Linda J. Clark
Iseman, Cunningham Law Firm
9 Thurlow Terrace
Albany, NY 12203

Peter J. Clarke
Law Office of Peter J. Clarke
7171 Harwin
Suite 212
Houston, TX 77036

James E. Cleveland, III
Huddleston, Bolen, Beatty, Porter & Copen
1422 Winchester Avenue
Second Floor, P.O. Box 770
Ashland, KY 41105-0770

Gregory L. Cochran
McKenna, Storer, Rowe, White & Farrug
200 North LaSalle Street
Suite 3000
Chicago, IL 60601

Bryan Arthur Collopy
Collopy Law Offices
P. O. Box 2813
Hobbs, NM 88241

 InIdIIIdInIInnIIddnI

James F. Companion
Schrader, Recht, Byrd, Companion & Gurley
P. O. Box 6336
Wheeling, WV 26003

IdInIIInnIIdInnIIInnIdI

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

InIdIdIIInnIdInIIIIInI

Richard C. Cranwell
Cranwell, Moore & Bullington, PLC
P. O. Box 11804
Roanoke, VA 24022

IIdnIIIdIdIIInnIII

Douglas F. Cushnie
Lim's Building, 2nd Floor
San Jose Village, P.O. Box 500949
Saipan, MP 96950

IIInIdIIInnIIdIdIdI

James B. Daniels
Friedman & Siegelbaum
7 Becher Farm Road
Roseland, NJ 07068

IInIdIdIdIInIIIdIdI

Robert E. Cotner
SPI-ALFORD
Mack Alford Correctional Center
Box 220
Stringtown, OK 74569

InIIIIndInnIIIndnIII

Michael J. Crane
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

IdInIdIIIIndIdnIIdnII

Steven E. Crick
Humphrey, Farrington, McClain & Edgar
221 West Lexington
Suite 400, P.O. Box 900
Independence, MO 64051

IndIdIdInIdIIndIdI

Robert F. Daley
Peirce, Raimond & Coulter, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

IdnIIndInnIIIndnIIdI

Davis J. Herbert
Bamberger, Foreman, Oswald & Hahn
708 Hulman Building
P. O. Box 657
Evansville, IN 47704

Andrew J. Dethcrage
Barnes & Thornburg
11 South Meridian Street
Suite 1313
Indianapolis, IN 46204

Philip DiBerardino, Jr.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway
27th Floor
New York, NY 10271

Lisa M. Dillman
Lewis & Wagner
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

Joel Doner
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103

James B. Doyle
Woodley & Williams, et al.
500 Kirby Street
P. O. Box 3731
Lake Charles, LA 70601

Diedre S. Dunn
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601

Paul F. Dwyer, Jr.
D'Agostino, Hoblock Law Firm
39 North Pearl Street
6th Floor
Albany, NY 12207

Paula M. Eade-Newcomb
Volgenau & Bosse
750 Main Seneca Building
237 Main Street
Buffalo, NY 14203

James F. Early
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P. O. Box 1866
New Haven, CT 06508-1866

Robert R. Elarbee
Hawkins & Parnell
4000 One Peachtree Center
303 Peachtree Street, N.E.
Atlanta, GA 30308

Peter T. Enslein
Law Offices of Peter T. Enslein
1738 Wisconsin Avenue, N.W.
Washington, DC 20007

Robert C. Ewald
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street
2600 Citizens Plaza
Louisville, KY 40202

Misty D. Farris
Baron & Budd
The Centrum, Suite 1100
3102 Oaklawn Avenue
Dallas, TX 75219

Richard A. Filee
3005 Magnolia Place
Hattiesburg, MS 39402

Audrey B. Filipowicz
Cascino Vaughan Law Offices, Ltd.
403 West North Avenue
Chicago, IL 60610

Christopher E. Fitzgerald
Fitzgerald & Associates, PLLC
2113 Government Street, D-3
Ocean Springs, MS 39564

Joel A. Flom
Jeffries, Olson, Flom & Hagan, P.A.
P. O. Box 9
Moorhead, MN 56560

Terrance P. Flynn
Gibson, McAskill & Crosby
69 Delaware Avenue
Suite 900
Buffalo, NY 14202

John D. Fognani
Fognani, Guibord & Hamsy, LLP
555 Seventeenth Street
Suite 2222
Denver, CO 80203

Richard L. Forman
Forman, Perry, Watkins, Krutz & Tardy, LLC
188 East Capitol Street
12th Floor, P.O. Box 22608
Jackson, MS 39225-2608

Victoria J. Franklin
Balch & Bingham LLP
1710 6th Avenue North
P. O. Box 306
Birmingham, AL 35201

Lori L. Freno-Engman
Kircher Law Firm
1014 Vine Street
Suite 2520
Cincinnati, OH 45202

Harold J. Friedman
Friedman, Gaythwaite, Wolf & Leavitt
P. O. Box 4726
Six City Center
Portland, ME 04112-4726

Raymond F. Geoffroy
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Thomas C. Gerity
Copeland, Cook, Taylor & Bush, P.A.
P. O. Box 6020
Ridgeland, MS 39158

Peter N. Freiberg
Jones, Verras & Freiberg, LLP
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130

Paul M. Friedberg
Lewis, Glasser, Casey & Rollins
One Valley Square, Suite 700
P. O. Box 1743
Charleston, WV 25326

Scott M. Galante
Motley Rice, LLC
1555 Poydras Street
Suite 1700
New Orleans, LA 70112

Linda S. George
Laudig, George, Rutherford & Sipes
156 Market Street
No. 600
Indianapolis, IN 46204

Michael F. Germano
Michael F. Germano Attorney at Law
Howe and Bainbridge Building
220 Commercial Street
Boston, MA 02109

Frederick E. Gerson
D'Alessandro, Jacovino & Gerson
147 Columbia Turnpike
P. O. Box 340
Florham Park, NJ 07932-0340

Robert G. Gilchrist
Eisenberg & Gilchrist
215 South State Street
900 Parkside Tower
Salt Lake City, UT 84111

Bruce F. Gilpatrick
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016

Jack L. Gohn
Church, Loker & Silver, P.A.
Seven Saint Paul Street
Suite 1400
Baltimore, MD 21202

Ervin A. Gonzalez
Colson Hicks Eidson
255 Aragon Avenue
2nd Floor
Coral Gables, FL 33134

Robert A. Goodman
Goodman, Weiss & Miller
100 Erieview Plaza
27th Floor
Cleveland, OH 44114

Demarcus J. Gordon
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Brian D. Gross
Cetrulo & Capone, LLP
2 Seaport Lane
10th FLoor
Boston, MA 02210

Sandra Grove
Mahoney, Dougherty & Mahoney
801 Park Avenue
Minneapolis, MN 55404

Howard M. Hackman
Howard M. Hackman Offices
P. O. Box 26176
Columbus, OH 43226

Gerald J. Haga
Degnan, McElroy, Lamb, Camrud, et al.
P. O. Box 5849
Grand Forks, ND 58206-5849

Patrick N. Haines
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Paul E. Hamilton
DeHay & Elliston, L.L.P.
350 Nationsbank Plaza
901 Main Street
Dallas, TX 75202

Michael J. Hanners
Silber & Pearlman
City Place, 5th Floor, LB 32
2711 N. Haskell
Dallas, TX 75204

Raymond P. Harris, Jr.
Schachter Harris LLP
2300 Avenue of the Americas
600 North Pearl Street, LB 133
Dallas, TX 75201

H. Blair Hahn
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard
Building A
Mt. Pleasant, SC 29464

James M. Hall
Broocks, Baker & Lange, L.L.P.
One Riverway
Suite 1200
Houston, TX 77056

James L. Hand
Law Office of Harrison & DeGarmo
One Daniel Burnham Court
Suite 220C
San Francisco, CA 94109

Jay Harris
Lackcy, Nusbaum, Harris, Reny & Torzewski
Two Maritime Plaza
3rd Floor
Toledo, OH 43604

Brent O. Hatch
Hatch, James & Dodge
10 West Broadway
Suite 400
Salt Lake City, UT 84101

**MDL 875 - PANEL SERVICE LIST**

Mark H. Hayes
Huddleston, Bolen, Beatty, Porter & Copen
P. O. Box 2185
Huntington, WV  25722

Nan L. Haynes
Lipsitz & Ponterio
135 Delaware Avenue
Suite 506
Buffalo, NY  14202

G. R. Heath
Johnson Smith Pence & Heath LLP
One Indiana Square
Suite 1800
Indianapolis, IN  46204

Jon L. Heberling
McGarvey, Heberling, Sullivan & McGarvey
745 South Main Street
Kalispell, MT  59901

David K. Hendrickson
Hendrickson & Long, PLLC
214 Capitol Street
P. O. Box 11070
Charleston, WV  25301

Michael J. Hennig
Cassiday, Schade & Gloor
20 North Wacker Drive
1040
Chicago, IL  60606

Douglas R. Herman
Vogel, Weir, Bye, Hunke & McCormick
P. O. Box 1389
502 1st Avenue North
Fargo, ND  58107

John Herrick
Motley Rice, LLC
P. O. Box 1792
Mt. Pleasant, SC  29465

Linda Hinson Ambrose
Hendrick, Batman, Gardner & Kincheloe
P. O. Box 30397
Charlotte, NC  28204

Brian A. Hinton
Th Colom Law Firm
P. O. Box 866
Columbus, MS  39703

**MDL 875 - PANEL SERVICE LIST**

Timothy J. Hogan
Law Offices of Peter T. Nicholl
36 South Charles Street
Suite 1700
Baltimore, MD 21201

Daniel L. Hovland
Fleck, Mather & Strutz
P. O. Box 2798
400 E. Broadway, Suite 600
Bismark, ND 58502

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P. O. Box 1970
Jackson, MS 39215-1970

Joseph P. Hummel
Lynch, Cox, Gilman & Mahan, P.S.C.
2200 Aegon Center
400 West Market Street
Louisville, KY 40202

Lee J. Hunter
Cumbest, Cumbest, Hunter & McCormick
P. O. Drawer 1287
Pascagoula, MS 39568-1287

Michael E. Hutchins
Kasowitz, Benson, Torres & Friedman
1360 Peachtree Street, N.E.
One Midtown Plaza, Suite 1150
Atlanta, GA 30309

James J. Imbrigiotta
Glowacki & Associates
510 Leader Building
526 Superior Avenue, East
Cleveland, OH 44114

Russell A. Ingebritson
Ingebritson & Associates, PA
100 South 5th Street
Suite 450
Minneapolis, MN 55402

Randall L. Iola
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Mark F. James
Ilatch, James & Dodge
10 West Broadway
Suite 400
Salt Lake City, UT 84101

Galloway Johnson
4040 One Shell Square
New Orleans, LA 70139

Joseph R. Joy, III
Joseph Joy & Associates
P. O. Box 4929
214 Jefferson Street, Suite 301
Lafayette, LA 70502

Kevin O. Kadlec
Bonezzi, Switzer, Murphy & Polito
1400 Leader Building
526 Superior Avenue
Cleveland, OH 44114-1491

Jennifer J. Kalas
Hinshaw & Culbertson
222 Indianapolis Blvd.
Suite 202
Schcreville, IN 46375

Alan Kanzer
Walter, Conston, Alexander & Green, P.C.
90 Park Avenue
New York, NY 10016

Arthur M. Kaufman
Hahn, Loeser & Parks
3300 BP America Building
200 Public Square
Cleveland, OH 44114

Paul G. Kay
Greenfield & Associates
1035 Fifth Avenue
Pittsburgh, PA 15219

Michael V. Kelley
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
900 Halle Building
1228 Euclid Avenue
Cleveland, OH 44115

Douglas B. King
Wooden & McLaughlin
One Indiana Square
Suite 1800
Indianapolis, IN 46204

Steven J. Kirsch
Murnane, Conlin, White & Brandt
444 Cedar Street
Suite 1800
St. Paul, MN 55101

Lisa Renee Kivett
Baron & Budd
The Centrum, Suite 1100
3102 Oaklawn Avenue
Dallas, TX 75219

Kevin R. Knight
Ice, Miller, Donadio & Ryan
One American Square
Box 82001
Indianapolis, IN 46282-0002

Andrew E. Kolb
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, IL 60601

Daniel E. Krauth
Zimmer Kunz, Professional Corp.
3300 Usx Tower
600 Grant Street
Pittsburgh, PA 15219

Joseph Thomas Kremer
Lipsitz, Green, Fahringer, Roll, et al.
42 Delaware Avenue
Suite 300
Buffalo, NY 14202

Harvey S. Kronfeld
Kronfeld, Newberg & Duggan
417 Lafayette Building
Philadelphia, PA 19103

Deborah D. Kuchler
Abbott, Simses & Kuchler
400 Lafayette Street
Suite 200
New Orleans, LA 70130

Lisa A. LaConte
Heyl, Royster, Voelker & Allen
Bank One Building
124 S.W. Adams St., S. 600
Peoria, IL 61602

Jennifer H. Lanston
Wooden & McLaughlin
201 N. Illinois Street
Indianapolis, IN 46204

Keith L. Langston
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Christopher P. Larson
Heyl, Royster, Voelker & Allen
600 Bank One Building
124 Southwest Adams
Peoria, IL 61602

Christopher D. Lee
Kahn, Dees, Donovan & Kahn
501 Main Financial Plaza, Suite 305
P. O. Box 3646
Evansville, IN 47712

Larry Lewis
Sive, Pager & Riesel, P.C.
460 Park Avenue
New York, NY 10022

Craig T. Liljestrand
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

Cynthia M. Locke
White & Raub
36 South Pennsylvania Street
Suite 700
Indianapolis, IN 46204

Mark D. Latham
Liskow & Lewis
701 Poydras Street
Suite 5000
New Orleans, LA 70139

E. J. Leizerman
Law Offices of E.J. Leizerman & Associates
717 Madison Avenue
Toledo, OH 43624

Bilee R. Lightvoet
Segal, McCambridge, Singer & Mahoney, Ltd.
333 North Wabash Street Avenue
Suite 200
Chicago, IL 60611

Edward J. Lilly
Law offices of Peter G. Angelos
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Daniel M. Long
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
Indianapolis, IN 46244

Roger D. Lott
Norris & Phelps, PLLC
P. O. Box 8
Hattiesburg, MS 39403-0008

Lance H. Lubel
Heard, Robins, Cloud, Lubel & Greenwood, LLP
One Allen Center
500 Dallas, Suite 3100
Houston, TX 77002

Robert R. Lucarelli
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
1228 Euclid Avenue
Cleveland, OH 44115

Lynn M. Luker
Lynn Luker & Associates
3433 Magazine Street
New Orleans, LA 70115

Dianna Lyons
Kazan, McClain, Edises, Simon & Abrams
171 Twelfth Street
Third Floor
Oakland, CA 94607

Thomas W. Lyons, III
Strauss, Factor & Lopes
403 South Main Street
Providence, RI 02903

Edward H. MacCabe
MacCabe & McGuire
77 W. Wacker Drive
Suite 3333
Chicago, IL 60601

Armer H. Mahan, Jr.
Lynch, Cox, Gilman & Mahan, P.S.C.
2200 Aegon Center
400 West Market Street
Louisville, KY 40202

William F. Mahoney
Segal, McCambridge, Singer & Mahoney, Ltd.
330 North Wabash Street
Suite 200
Chicago, IL 60611

Bruce B. Marr
McKenna Storer Rowe White and Farrug
33 N. LaSalle Street
Suite 1400
Chicago, IL 60602-2610

Charles V. Marshall
Lakin Law Firm
P. O. Box 27
251 Old St. Louis Road
Wood River, IL 62095

Jonathan D. Mattingly
Barnes & Thornburg
11 S. Meridian Street
Suite 1313
Indianapolis, IN 46204

Christopher D. Mauriello
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main Street
P. O. Box 7006
Bridgeport, CT 06601

Edward J. McCambridge
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue, Suite 200
Chicago, IL 60611

James E. McCandlish
Griffin & McCandlish
111 S.W. Naito Parkway
2nd Floor
Portland, OR 97204-3500

Robert J. McConnell
Motley Rice, LLC
321 South Main Street
P. O. Box 6067
Providence, RI 02904

Elizabeth A. McCord
Montgomery, Rennie & Jonson
36 East Seventh Street
Suite 2100
Cincinnati, OH 45202

LeAnn McDonald
Brayton Purcell
621 S.W. Morrison
Suite 950
Portland, OR 97205

Allan M. McGarvey
McGarvey, Heberling, Sullivan & McGarvey
745 South Main Street
Kalispell, MT 59901

## MDL 875 - PANEL SERVICE LIST

Bryan K. McKamcy
Foley & Mansfield
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN  55403

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA  70806-2203

Jeffrey L. McKean
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois
Indianapolis, IN  46204

Michael T. McKeeman
Seyfarth Shaw
101 California Street
Suite 2900
San Francisco, CA  94111

Peter J. McKenna
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY  10036-6522

Michael D. McKibben
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203

Robert A. McLean
Farris, Mathews, Branan, et al.
One Commerce Square
Suite 2000
Memphis, TN  38103

Ronald H. McLean
Serkland, Lundberg, Brickson, Marcil & McLean
10 Roberts Street
P. O. Box 6017
Fargo, ND  58108-6017

Patrick D. McMurray
Frazer Davidson, P.A.
500 E. Capitol Street
Jackson, MS  39201

Todd V. McMurtry
Kevin L. Murphy & Associates
207 Grandview Drive, Suite 350
P. O. Box 17330
Covington, KY  41017

**MDL 875 - PANEL SERVICE LIST**

Marcy L. McNutt
Locke Liddell & Sapp, LLP
3300 Texas Commerce Tower
Houston, TX 77002

Kay Mckenzie
Law office of Kay Mckenzie
95 South Market Street
Suite 300
San Jose, CA 95113

Jack W. Merritt
Jack W. Merritt, PA
1800 Second Street
Suite 852
Sarasota, FL 34236

John Conrad Metcalf
Trinc & Metcalf, PC
1435 Arapahoc Avenue
Boulder, CO 80302-6390

David V. Miller
Bowers, Harrison, Kent & Miller
P. O. Box 1287
25 N.W. Riverside Drive
Evansville, IN 47706

Robert H. Miller, II
The Sutter Law Firm
1598 Kanawha Boulevard East
Charleston, WV 25311

Richard S. Mitchell
Goodman, Weiss & Miller
100 Erieview Plaza
27th Floor
Cleveland, OH 44114

Wade A. Mitchell
Baker & Hostetler, L.L.P.
3200 National City Center
Cleveland, OH 44114

Steven B. Moore
Rasmussen & Barton
4218 Roanoke Road
Suite 200
Kansas City, MO 64111

Patrick R. Morleyu
Morley Morley & Light, Ltd.
P. O. Box 519
Grand Forks, ND 58206

## MDL 875 - PANEL SERVICE LIST

Mary Helen Moses
Jordan & Moses
1804 Frederica Road, Suite C
P. O. Box 20704
St. Simons Island, GA 31522

Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Robert H. Mow, Jr.
Hughes & Luce, L.L.P.
2800 Momentum Place
1717 Main Street
Dallas, TX 75201

Michael D. Mulvihill
Cooney & Conway
120 North LaSalle
30th Floor
Chicago, IL 60602

Joshua B. Murphy
Segal, McCambridge, Singer & Mahoney, Ltd.
330 North Wabash Street
Suite 200
Chicago, IL 60611

Mark L. Nissenbaum
Wartnick, Chaber, Harowitz, Smith & Tigerman
101 California Street
Suite 2200
San Francisco, CA 94111

Oren P. Noah
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Forrest A. Norman
Gallagher, Sharp, Fulton & orman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Daniel F. O'Shea
Ratiner, Reyes & O'Shea, P.C.
1101 Briekel Avenue
Suite 1601
Miami, FL 33131

Melissa M. Olson
Embry & Neusner
118 Poquonnock Road
P. O. Box 1409
Groton, CT 06340

Donald G. Orzeske
McMains, Goodin & Orzeske, P.C.
20 North Meridian Street
Suite 7000
Indianapolis, IN 46204

John W. Ours
Weston, Hurd, Fallon, Paisley & Howley
2500 Terminal Tower
Cleveland, OH 44113

James W. Owens
730 Clark Street
P. O. Box 2757
Paducah, KY 42002-2757

Patrick D. Pace
Rummage, Kamuf, Yewell, Pace & Condon
322 Frederica Street
Owensboro, KY 42301

Pamela A. Paige
White and Raub
36 S. Pennsylvania Avenue
Suite 700
730 Clark Street, IN 46204

Albert H. Parnell
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Jonathan P. Parrington
Pustorino, Pederson, Tilton & Parrington
4005 West 65th Street
Suite 200
Minneapolis, MN 55435

Harry P. Pastuszek
Muller & Pastuszek
P. O. Box 8799
Mandeville, LA 70470

Robert S. Patterson
Law Offices of Peter G. Angelos
2643 Kingston Pike
First Floor
Knoxville, TN 37919

Randolph D. Peets
Forman, Perry, Watkins, Krutz & Tardy, LLC
P. O. Box 22608
Jackson, MS 39225

Robert N. Peirce, Jr.
Robert N. Peirce, Jr. & Associates
2500 Gulf Tower
Pittsburgh, PA 15219

Scott E. Perry
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Thomas F. Phalen, Jr.
602 Main Street
Cincinnati, OH 45202

Carl E. Pierce, II
Pierce, Herns, Sloan & McLeod
P. O. Box 22437
Charleston, SC 29413

Robert N. Pierce
Robert N. Pierce, Jr. & Associates
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Sharon H. Powell
Countess & Shelley
250 West Main Street
Moorestown, NJ 08057

Robert D. Pringle
Thelen, Marrin, Johnson & Bridges
Two Embarcadero Center
Suite 2200
San Francisco, CA 94111

Robert A. Pritchard
Law Offices of Robert A. Pritchard
P. O. Drawer 1707
Pascagoula, MS 39568-1707

William M. Quin, II
Lundy & Davis
1855 Lakeland Drive
Suite Q-230
Jackson, MS 39216

Thomas J. Quinn
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019

Mark E. Rakoczy
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

J. S. Ray
Butler, Snow, O'Mara, Stevens & Cannada
P. O. Box 22567
Jackson, MS 39225

Wayne A. Reaud
The Reaud Law Firm
801 Laurel Street
Beaumont, TX 77701

Shawn C. Reed
Howard, Reed & Taylor
516 N. Columbia Street
Covington, LA 70433

Patrick M. Regan
Regan, Halperin & Long
900 19th Street, N.W.
Suite 200
Washington, DC 20006

Lisa C. Reynolds
Ratiner, Reyes & O'Shea, P.C.
1101 Brickell Avenue
Suite 1601
Miami, FL 33131

Alan B. Rich
Baron & Budd
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219

Clayton L. Riddle
Peterson, Johnson & Murray, S.C.
733 N. Van Buren Street
Milwaukee, WI 53202

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Bruce G. Rinker
Weston, Hurd, Fallon, Paisley & Howley
2500 Terminal Tower
Cleveland, OH 44113

**MDL 875 - PANEL SERVICE LIST**

Ana M. Rivero
Ferraro & Associates, P.A.
200 S. Biscayne Boulevard
Suite 3800
Miami, FL  33131

Louis S. Robles
Louis S. Robles, P.A.
100 South Biscayne Boulevard
One Bayfront Plaza, Suite 900
Miami, FL  33131

Patrick K. Rode
Meyer, Kirk, Snyder & Safford
100 W. Long Lake Road
Suite 100
Bloomfield Hill, MI  48304

David B. Rodes
Goldberg, Persky & White, PC
1030 Fifth Avenue
3rd Floor
Pittsburgh, PA  15219

John D. Roven
Roven, Kaplan & Wells
2190 North Loop West
Suite 410
Houston, TX  77018

Terrance L. Ryan
Porter, Wright, Morris & Arthur
1700 Huntington Building
925 Euclid Avenue
Cleveland, OH  44115

Kenneth L. Sales
Sales, Tillman, Wallbaum, Catlett & Sarterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY  40202

Thomas L. Samuel
Peter G. Angelos Law Offices
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, MD  21201

Joseph D. Satterley
Sales, Tillman, Wallbaum, Catlett & Satterley
1900 Waterfront Plaza
325 West Main Street
Louisville, KY  40202

Harry R. Schafer
Kenny, Nachwalter, Seymour, et al.
Miami Center, Suite 1100
201 South Biscayne Boulevard
Miami, FL  33131

## MDL 875 - PANEL SERVICE LIST

Stephanie Ann Scharf
Jenner & Block LLC
One IBM Plaza
330 North Wabash Avenue, 40th Floor
Chicago, IL 60611

Lori E. Schrier
Robles Law Center
One Bayfront Plaza #900
100 South Biscayne Boulevard
Miami, FL 33131

Richard J. Serpe
Glasser & Glasser, P.L.C.
600 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510

Robin Shribman
Ashcraft & Gerel
111 Devonshire Street
Boston, MA 02109

Marc I. Schulman
Shulman & Burns
28411 Northwestern Highway
Suite 1050
Southfield, MI 48034

Stephen M. Schatz
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, N.E.
The Peachtree, Suite 300
Atlanta, GA 30309

Stacey L. Seneczko
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Stuart L. Shields
10406 Indiana Avenue
Apartment #26
Riverside, CA 92503

Robert J. Shula
Price & Barker
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Thomas H. Shunk
Baker & Hostetler, L.L.P.
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114

**MDL 875 - PANEL SERVICE LIST**

Charles S. Siegel
Waters & Kraus
3219 McKinney Avenue
Dallas, TX 75204

Laurie Sikorski
Segal, McCambridge, Singer & Mahoney, Ltd.
20 South Clark Street
#700
Chicago, IL 60603

Michael E. Simmons
Hume, Smith, Geddes & Green
54 Monument Circle
Suite 400
Indianapolis, IN 46204

Andrew C. Simpson
Bryant, White & Associates, P.C.
47 King Street
2nd Floor
Christiansted, VI 00820-4589

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

John H. Skaggs
Law Offices of Stuart Calwell, PLLC
405 Capitol Street
Suite 607, P.O. Box 113
Charleston, WV 25321

Sharon G. Slifko
Treon, Strick, Lucia & Aguirre, P.A.
2700 North Central Avenue
Suite 1400
Phoenix, AZ 85004

Marvin S. Sloman
Carrington, Coleman, Sloman & Blumenthal
200 Crescent Court
Suite 1500
Dallas, TX 74201

Timothy R. Smith
Zimmer Kunz, Professional Corporation
3300 Usx Tower
600 Grant Street
Pittsburgh, PA 15219

Franklin P. Solomon
Weitz & Luxenberg
210 Lake Drive East
Suite 160
Cherry Hill, NJ 08002

Neil B. Solomon
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

Randall L. Solomon
Baker & Hostetler, L.L.P.
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114

Charles E. Sorey, II
Ramsey Law Firm, P.C.
21 North Florida Street
Mobile, AL 36607

Ron A. Sprague
Gendry & Sprague
645 Lockhill Selma
San Antonio, TX 78216-5057

Richard W. Staff
Locke Liddell & Sapp, LLP
3300 Texas Commerce Tower
Houston, TX 77002

Janelle K. Stehura
Riley Bennett and Egloff
Box 82035
Suite 1810
Indianapolis, IN 46282

John A. Stewart, Jr.
Hulse & Wanck
1010 Common Street
Suite 2800
New Orleans, LA 70112

Kent O. Stewart
Stewart, Due, Miller & Pugh
900 Circle Tower Building
55 Monument Circle
Indianapolis, IN 46204

David H. Stillman
William M. Koziol
1 Kemper Drive
Long Grove, IL 60049

Richard T. Stilwell
Fulbright & Jaworski
1301 McKinney Street
Suite 5100
Houston, TX 77010

**MDL 875 - PANEL SERVICE LIST**

Michael A. Stodghill
Rubin & Rubin Chartered
One Church Street
Suite 301
Rockville, MD 20850

Rober M. Sullivan
McGarvey, Heberling, Sullivan & McGarvey
745 South Main Street
Kalispell, MT 59901

John T. Sunderland
Thompson Hine, LLP
100 East Broad Street
18th Floor
Columbus, OH 43215

Robert E. Sweeney
Law Offices of Robert E. Sweeney & Associates
1500 Illuminating Building
55 Public Square
Cleveland, OH 44113

Thomas A. Sweeny
Popham Law Firm, P.C.
922 Walnut Street
Suite 1300
Kansas City, MO 64106

Greg Thompson
Provost Umphrey
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

W. Shan Thompson
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway, P.O. Box 6020
Ridgeland, MS 39158

Keith E. Tichenor
Tichenor & Dziuba, LLP
1100 S.W. 6th Avenue
Suite 1250
Portland, OR 97204

Dennis Tighe
Davis, Hatley, Haffeman & Tighe, P.C.
The Milwaukee Station, Third Floor
100 River Drive, North, Box 2103
Great Falls, MT 59401-2103

Jill D. Trahan
Gertler, Gertler, Vincent & Plotkin
127 Carondelet Street
New Orleans, LA 70130

**MDL 875 - PANEL SERVICE LIST**

Thomas W. Tyner
Aultman, Tyner, Ruffin & Yarborough, Ltd.
P. O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

William D. Underwood
Carrington, Coleman, Sloman & Blumenthal
200 Crescent Court
Suite 1500
Dallas, TX 75201

Stephen M. Vaughan
Mandell & Wright
712 Main Street
Suite 1600
Houston, TX 77002

Charlotte E. Vaughn
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600, 580 East Main Street
Norfolk, VA 23510

Joseph M. Visse
Visse & Yanez
One Daniel Burnham Court
Suite 220-C
San Francisco, CA 94109

Kerry S. volsky
Hermann, Cahn & Schneider
1301 East Ninth Street
Suite 50
Cleveland, OH 44114

Alan D. Voos
Collins, Collins, Kantor & Maxwell, PC
267 North Street
Buffalo, NY 14201

Doug Wade
405 Tombigbee Street
Jackson, MS 39201

Andrew S. Wainwright
Thornton, Early & Naumes, LLP
60 State Street
Boston, MA 02109

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Greg Waller
Andrews & Kurth, LLP
600 Travis
Suite 4200
Houston, TX 77002

Consuelo W. Walley
Law Offices of Jon A. Swartzfager
442 N. 6th Avenue
P. O. Box 131
Laurel, MS 39441-0131

Robert H. Walling
Office of Robert H. Walling
Wachovia Bank Building, Suite 953
315 West Ponce de Leon Avenue
Decatur, GA 30030

Timothy J. Walton
Brayton, Harley & Curtis
222 Rush Landing Road
P. O. Box 2109
Novato, CA 94948

Robert P. Warburton
Sheehan, Sheehan & Stelzner
P. O. Box 271
Albuquerque, NM 87103

Deborah P. Warner
Squire, Sanders & Dempsey
1800 Huntington Building
Cleveland, OH 44115

Craig Weiner
Rubin, Baum, LLP
30 Rockefeller Plaza
New York, NY 10112

David M. Weinfeld
Weinfeld, Kaplan & Troiani
Jenkintown Plaza
Suite 301, 101 Greenwood Avenue
Jenkintown, PA 19046

Mort G. Welch
Abowitz, Rhodes & Dahnke, P.C.
P. O. Box 1937
Oklahoma City, OK 73101

Richard B. Wickersham
Griffith & Burr
101 W. City Avenue
Bala Cynwyd, PA 19004

**MDL 875 - PANEL SERVICE LIST**

Brett K. Williams
Williams, Heidelberg, et al.
P. O. Box 1407
Pascagoula, MS 39568-1407

Paul E. Wojcicki
Segal, McCambridge, Singer & Mahoney, Ltd.
Two First National Plaza
Suite 700, 20 S. Clark Street
Chicago, IL 60603

Paul G. Woutat
Vaaler, Warcup, Woutat, Zimney & Foster
Metropolitan Building, 5th Floor
600 Demers Avenue, P.O. Box 1617
Grand Forks, ND 58206

Gregory L. Wright
Stich, Angell, Kreidler & Muth, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401

James E. Wynne
Burzel Long
150 W. Jefferson Avnue
Suite 900
Detroit, MI 48226

Andrew M. Yoder
Bruce P. Clark & Associates
419 Ridge Road
Munster, IN 46321

Thomas J. Young
Young & Riley
277 East 12th Street
Indianapolis, IN 46202